IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Collier, Irving L | Case Number: 07 B 22673 |
|---|---|---|
| | Lewis-Collier, Cynthia Y | Judge: Wedoff, Eugene R |
| | Printed: 11/18/08 | Filed: 12/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 17, 2008
Confirmed: May 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,541.88 |  |
| Secured: |  | 2,737.43 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 325.13 |
| Other Funds: |  | 1,479.32 |
| Totals: | 6,541.88 | 6,541.88 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,000.00 | 2,000.00 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 5. | CitiFinancial Auto Credit Inc | Secured | 7,952.69 | 850.15 |
| 6. | Wilshire Credit Corp | Secured | 684.00 | 46.98 |
| 7. | Select Portfolio Servicing | Secured | 13,794.78 | 947.44 |
| 8. | Litton Loan Servicing | Secured | 18,814.38 | 892.86 |
| 9. | Sallie Mae | Unsecured | 13,953.50 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 666.26 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 4,614.99 | 0.00 |
| 12. | CitiFinancial Auto Credit Inc | Unsecured | 7,825.39 | 0.00 |
| 13. | Protection One | Unsecured | 1,284.81 | 0.00 |
| 14. | Sallie Mae | Unsecured | 1,370.32 | 0.00 |
| 15. | Sallie Mae | Unsecured | 20,257.57 | 0.00 |
| 16. | Asset Acceptance | Unsecured | 345.61 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 1,762.15 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 164.35 | 0.00 |
| 19. | Midland Credit Management | Unsecured | 352.08 | 0.00 |
| 20. | RoundUp Funding LLC | Unsecured | 439.48 | 0.00 |
| 21. | City Of Chicago Dept Of Revenue | Unsecured | 2,806.27 | 0.00 |
| 22. | United States Dept Of Education | Unsecured | 6,553.92 | 0.00 |
| 23. | Commonwealth Edison | Unsecured | 5,428.26 | 0.00 |
| 24. | Asset Acceptance | Unsecured | | No Claim Filed |
| 25. | AMCA | Unsecured | | No Claim Filed |
| 26. | AOL | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Collier, Irving L | Case Number: 07 B 22673 |
| | Lewis-Collier, Cynthia Y | Judge: Wedoff, Eugene R |
| | Printed: 11/18/08 | Filed: 12/3/07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | AT&T | Unsecured | | No Claim Filed |
| 28. | Chicago Tribune | Unsecured | | No Claim Filed |
| 29. | Credit Protection Association | Unsecured | | No Claim Filed |
| 30. | City Of Chicago | Unsecured | | No Claim Filed |
| 31. | Direct Tv | Unsecured | | No Claim Filed |
| 32. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 33. | Midland Credit Management | Unsecured | | No Claim Filed |
| 34. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 35. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 36. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 37. | Finch Univeristy of Health Ser | Unsecured | | No Claim Filed |
| 38. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 39. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | $ 111,070.81 | $ 4,737.43 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 19.42 |
| 6.5% | 305.71 |
| | $ 325.13 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

